UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL CASE NO. 22-13-DLB-EBA**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**       **ORDER ADOPTING REPORT AND RECOMMENDATION**

**NATHANIEL JOHNSON**                                                   **DEFENDANT**

\*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*

By prior Order, Defendant Johnson's Motion for a Psychiatric Exam was granted (Doc. # 16). Consistent with local practice, this matter was referred to Magistrate Judge Edward B. Atkins for the purpose of preparing a Report and Recommendation. After holding a competency hearing, (Doc. # 24), and evaluating Johnson's competency evaluation, Magistrate Judge Atkins issued a Report and Recommendation on December 21, 2022, recommending that Defendant was competent to face further proceedings, including a trial, in this matter. (Doc. # 25). No objections were filed. Indeed, during the hearing, Defendant orally stipulated to the content of the competency evaluation and the findings of competency (Doc. # 24).

Having reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommendation that Defendant Johnson's competent to face further proceedings. Thus, the Report and Recommendation will be **adopted in full**.

Accordingly, **IT IS ORDERED AND ADJUDGED** as follows:

(1)      The Magistrate Judge's Report and Recommendation (Doc. # 25) be, and is hereby, **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

1

(2)　　Defendant Johnson is deemed **COMPETENT** to face further proceedings, including a trial, in this matter; and

(3)　　This matter is scheduled for a **Status Conference** on **Tuesday, January 24, 2023,** at **11:00 a.m.** before the undersigned.

This 23rd day of January 2023.



Signed By:
*David L. Bunning*
United States District Judge

L:\DATA\ORDERS\Ashland Criminal\2022\22-13 Order Adopting R&R on Competency.docx